# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alexksandr Kniazev,<br>　　　　Petitioner,<br>v.<br>Kristopher Kline,<br>　　　　Respondent. | No. CV-25-02036-PHX-SPL (JZB)<br>**ORDER** |

　　　　Petitioner filed this action seeking habeas corpus relief on June 11, 2025. (Doc. 1). It was docketed on June 12, 2025. In his petition, Petitioner alleged he is a Russian citizen who sought asylum at the Otay Mesa, California port of entry on April 10, 2025. (Doc. 1 at 9.) Petitioner asserted he was detained at the border by Immigrations and Customs Enforcement, received a negative assessment under the Convention Against Torture (CAT), sought a credible fear determination for the purpose of seeking asylum and an immigration judge's review of his negative CAT determination, but was denied his request for asylum process.

　　　　The denial of access to the asylum process was based on President Trump's January 20, 2025 Proclamation 10888. In its June 16, 2025 Order, the Court noted the recent decision by Senior District Judge G. Murray Snow determining "[t]he Proclamation [] likely lacks any statutory or constitutional authority and, resultingly, does not prevent Plaintiff from pursuing a final determination on her asylum claim." (Doc. 3 at 2 (citing *Fatemeh Tabatabaeifar v. Kika Scott, et al.*, CV-25-01238-PHX-GMS (MTM), 2025 WL

1397114, at *9 (D. Ariz. May 14, 2025)).

And in *Togoev v. United States Attorney General*, CV-25-01960-PHX-GMS, another action before Judge Snow, he entered an order on June 6, 2025 stating:

> In light of *Tabatabaeifar v. Scott*, No. CV-25-01238, 2025 WL 1397114 (D. Ariz. May 14, 2025) and *Davtyan v. U.S. Att'y Gen., et al.*, No. CV-25-01826 (D. Ariz. May 28, 2025), the United States is temporarily restrained from depriving those who have claimed asylum of their statutory and regulatory rights associated with asylum, such as the right to a credible fear determination and an immigration judge's review under 8 C.F.R. § 208.30 and 8 U.S.C. § 1225(b)(1)(B)(iii)(III) for the next 14 days throughout the jurisdiction of the United States District Court for the District of Arizona.

*Togoev v. United States Attorney General*, No. CV-25-01960, Doc. 5 at 5:8-14.

After service of the Petition in this matter, the Government responded and argued this action is moot because Petitioner was removed on June 12, 2025. (Doc. 9.) That raises concerns about compliance with Judge Snow's Order in *Togoev*, which was entered on June 6 and was in effect on June 12. Accordingly, the Court will require the Government to file a response to this Order answering the following questions: (1) when did the Government learn of Judge Snow's June 6, 2025 Order in *Togoev*; (2) how did it learn of that Order; (3) who learned of that Order; (4) what steps were taken (by anyone aware of the Order) to ensure other agencies were notified of the Order; (5) what steps were taken to ensure compliance with the Order; and (6) how is Mr. Kniazev's removal not a violation of Judge Snow's June 6, 2025 Order?  This response must be filed no later than July 14, 2025.

**IT IS THEREFORE ORDERED** the Government must file a response as directed herein no later than **July 14, 2025**.

Dated this 8th day of July, 2025.

Honorable Steven P. Logan
United States District Judge

- 2 -